# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1264
LT Case No. 2014-306583-CFBD

_____

GABRIEL L. GULLO,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Karen A. Foxman, Judge.

Robert A. Sirianni, Jr., of Brownstone Associates, P.A., Winter Park, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Deborah A. Chance, Assistant Attorney General, Daytona Beach, for Appellee.

March 19, 2024

PER CURIAM.

    AFFIRMED.

JAY, HARRIS, and BOATWRIGHT, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————